```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4
   NAHLA RAJAN (CSBN 218838)
5  Special Assistant United States Attorney

6   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
7   Telephone: (415) 436-6838
    FAX: (415) 436-7234
8
   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>    Plaintiff,                       )<br>                                     )<br>    v.                               )<br>                                     )<br> ALFREDO GUTIERREZ-SALAZAR,          )<br>                                     )<br>    Defendant.                       )<br> _____     ) | No. CR 05-00694 VRW<br><br>[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 8, 2005 TO NOVEMBER 22, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161 (h)(8)(A)) |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties initially appeared on the instant matter October 25, 2005 for defendant's initial appearance on the complaint, and appeared on November 8, 2005 for defendant's arraignment on the indictment before the Honorable Edward M. Chen.

2. On November 8, 2005, the matter was continued until November 22, 2005 for initial appearance before the Honorable Vaughn R. Walker. Assistant Public Defender David W. Fermino, who represents the defendant, requested an exclusion of time from November 8, 2005 to November 22, 2005, based on effective preparation of counsel. The parties moved that this same time period be excluded from the calculation of time under the Speedy Trial Act.

STIPULATION AND PROPOSED ORDER
CR 05-00665 VRW                             1

3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

4. For the reasons stated, the time period from November 8, 2005 through November 22, 2005 shall be excluded from the calculation of time under the Speedy Trial Act.

IT IS SO STIPULATED.

DATED: 11/8/05

Respectfully Submitted,

NAHLA RAJAN
Special Assistant United States Attorney

DATED: 11/9/05

DAVID W. FERMINO
Counsel for Alfredo Gutierrez-Salazar

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/15/05

HONORABLE ~~EDWARD M. CHEN~~ NANDOR J. VADAS
United States District Judge

STIPULATION AND PROPOSED ORDER    2
CR 05-00665 VRW

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 8, 2005 TO NOVEMBER 22, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161 (h)(8)(A))

to be served this date on the party(ies) in this action,

**Via Hand Delivery**

DAVID W. FERMINO
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 10, 2005

_____
Ponly J. Tu
Legal Assistant (Immigration)
U.S. Attorney's Office

STIPULATION AND PROPOSED ORDER
CR 05-00665 VRW                           3