1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  NAHLA RAJAN (CSBN 218838)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6838
7     FAX: (415) 436-7234

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 05-00694 VRW
14                                  )
           Plaintiff,                )   [~~PROPOSED~~] ORDER AND
15                                  )   STIPULATION EXCLUDING TIME
       v.                            )   FROM THE SPEEDY TRIAL ACT
16                                  )   CALCULATION
   ALFREDO GUTIERREZ-SALAZAR,       )   (18 U.S.C. § 3161 (h)(8)(A))
17                                  )
           Defendant.                )
18  _____)

19
   The parties stipulate and agree, and the Court finds and holds, as follows:
20
       1. The parties initially appeared on the instant matter October 25, 2005 for defendant's
21
   initial appearance on the complaint, and appeared on November 8, 2005 for defendant's
22
   arraignment on the indictment before the Honorable Edward M. Chen. On November 8, 2005,
23
   the case was continued to November 22, 2005 for initial appearance in district court.
24
       2. On November 22, 2005, the parties appeared before the Honorable Vaughn R. Walker
25
   and continued the case to December 6, 2005 for status.
26
       3. On November 22, 2005, Assistant Public Defender David W. Fermino, who represents
27
   the defendant, requested an exclusion of time from November 22, 2005 to December 6, 2005,
28

STIPULATION AND PROPOSED ORDER          1
CR 05-00665 VRW

1  based on effective preparation of counsel.  The parties moved that this same time period be
2  excluded from the calculation of time under the Speedy Trial Act.
3      4. In light of the foregoing facts, the failure to grant the requested exclusion would
4  unreasonably deny counsel for the defense the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(A),
6  (B)(iv).  The ends of justice would be served by the Court excluding the proposed time period.
7  These ends outweigh the best interest of the public and the defendant in a speedy trial.  <u>See id.</u> §
8  3161(h)(8)(A).
9      5. For the reasons stated, the time period from November 22, 2005 through December 6,
10 2005 shall be excluded from the calculation of time under the Speedy Trial Act.

12      IT IS SO STIPULATED.

14  DATED: _____          Respectfully Submitted,

16                          _____/S/_____
                            NAHLA RAJAN
17                          Special Assistant United States Attorney

19  DATED: _____          _____/S/_____
20                          DAVID W. FERMINO
                            Counsel for Alfredo Gutierrez-Salazar

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24
25  DATED: December 6, 2005        _____
                                   HONORABLE VAUGHN R WALKER
26                                 United States District Judge

*[Signature and seal: Judge Vaughn R Walker, United States District Court, Northern District of California]*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161 (H)(8)(A))

to be served this date on the party(ies) in this action,

**Via Hand Delivery**

**DAVID W. FERMINO**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 29, 2005

/S/
Ponly J. Tu
Legal Assistant (Immigration)
U.S. Attorney's Office

STIPULATION AND PROPOSED ORDER            3
CR 05-00665 VRW