KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6838
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>          Plaintiff, )<br><br>   v. )<br><br>ALFREDO GUTIERREZ-SALAZAR, )<br><br>          Defendant. )<br>_____ ) | No. CR 05-00694 VRW<br><br>[PROPOSED] ORDER AND<br>STIPULATION EXCLUDING TIME<br>FROM THE SPEEDY TRIAL ACT<br>CALCULATION<br>(18 U.S.C. § 3161 (h)(8)(A)) |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1.  The parties initially appeared on the instant matter October 25, 2005 for defendant's

initial appearance on the complaint, and appeared on November 8, 2005 for defendant's

arraignment on the indictment before the Honorable Edward M. Chen.  On November 8, 2005,

the case was continued to November 22, 2005 for initial appearance in district court.

   2.  On November 22, 2005, the parties appeared before the Honorable Vaughn R. Walker

and continued the case to December 6, 2005 for status.  At the December 6th appearance, the case

was continued to December 20, 2005 for status.  On December 20, 2005, the case was again

continued to January 3, 2006 for trial setting.

   3.  On December 20, 2005, Assistant Federal Public Defender Daniel Blank, standing in

STIPULATION AND PROPOSED ORDER          1
CR 05-00694 VRW

1  for assigned Assistant Federal Public Defender David W. Fermino, who represents the defendant,

2  requested an exclusion of time from December 20, 2005 to January 3, 2006, based on effective

3  preparation and continuity of counsel.  The parties moved that this same time period be excluded

4  from the calculation of time under the Speedy Trial Act.

5      4.  In light of the foregoing facts, the failure to grant the requested exclusion would

6  unreasonably deny counsel for the defense the reasonable time necessary for effective

7  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A),

8  (B)(iv).  The ends of justice would be served by the Court excluding the proposed time period.

9  These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §

10  3161(h)(8)(A).

11      5.  For the reasons stated, the time period from December 20, 2005 to January 3, 2006

12  shall be excluded from the calculation of time under the Speedy Trial Act.

13

14      IT IS SO STIPULATED.

15

16  DATED: _____          Respectfully Submitted,

17

18                                  _____
                                              /S/
19                                  NAHLA RAJAN
                                    Special Assistant United States Attorney

20

21

22  DATED: _____          _____
                                              /S/
    DAVID W. FERMINO
23                                  Counsel for Alfredo Gutierrez-Salazar

24

25  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26

27  DATED: | December 27, 2005 |     _____
                                    HONORABLE VAUGHN R WALKER
28                                  United States District Judge

STIPULATION AND PROPOSED ORDER          2
CR 05-00694 VRW

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that she is an employee of the Office of the United States

Attorney for the Northern District of California and is a person of such age and discretion to be

competent to serve papers.  The undersigned further certifies that she caused a copy of:

[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM THE
SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161 (h)(8)(A))

to be served this date on the party(ies) in this action,

**<u>Via Hand Delivery</u>**

**DAVID W. FERMINO**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.

Dated: December 21, 2005

_____/S/_____
Ponly J. Tu
Legal Assistant (Immigration)
U.S. Attorney's Office

STIPULATION AND PROPOSED ORDER          3
CR 05-00694 VRW