KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> ALFREDO GUTIERREZ-SALAZAR, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 05-00694 VRW <br><br> [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION <br> (18 U.S.C. § 3161 (h)(8)(A)) |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter October 25, 2005 for defendant's initial appearance on the complaint, and appeared on November 8, 2005 for defendant's arraignment on the indictment before the Honorable Edward M. Chen. On November 8, 2005, the case was continued to November 22, 2005 for initial appearance in district court.

    2. On November 22, 2005, the parties appeared before the Honorable Vaughn R. Walker and continued the case to December 6, 2005 for status. At the December 6th appearance, the case was continued to December 20, 2005 for status.

    3. On December 6, 2005, Assistant Public Defender David W. Fermino, who represents

1  the defendant, requested an exclusion of time from December 6, 2005 to December 20, 2005,
2  based on effective preparation of counsel.  The parties moved that this same time period be
3  excluded from the calculation of time under the Speedy Trial Act.
4     4. In light of the foregoing facts, the failure to grant the requested exclusion would
5  unreasonably deny counsel for the defense the reasonable time necessary for effective
6  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A),
7  (B)(iv).  The ends of justice would be served by the Court excluding the proposed time period.
8  These ends outweigh the best interest of the public and the defendant in a speedy trial.  See id. §
9  3161(h)(8)(A).
10    5. For the reasons stated, the time period from December 6, 2005 to December 20, 2005
11 shall be excluded from the calculation of time under the Speedy Trial Act.

        IT IS SO STIPULATED.

DATED: _____              Respectfully Submitted,


                                   _____/S/_____
                                   NAHLA RAJAN
                                   Special Assistant United States Attorney


DATED: _____              _____/S/_____
                                   DAVID W. FERMINO
                                   Counsel for Alfredo Gutierrez-Salazar

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 27, 2005
                                   _____
                                   HONORABLE VAUGHN R. WALKER
                                   United States District Judge

STIPULATION AND PROPOSED ORDER        2
CR 05-00694 VRW

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161 (h)(8)(A))

to be served this date on the party(ies) in this action,

**Via Hand Delivery**

**DAVID W. FERMINO**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 21, 2005

/S/
Ponly J. Tu
Legal Assistant (Immigration)
U.S. Attorney's Office