KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6838
FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO GUTIERREZ-SALAZAR,<br><br>Defendant. | ) | No. CR 05-00694 VRW<br><br>~~[PROPOSED]~~ ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161 (h)(8)(A)) |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties initially appeared on the instant matter October 25, 2005 for defendant's initial appearance on the complaint, and appeared on November 8, 2005 for defendant's arraignment on the indictment before the Honorable Edward M. Chen. On November 8, 2005, the case was continued to November 22, 2005 for initial appearance in district court.

2. On November 22, 2005, the parties appeared before the Honorable Vaughn R. Walker and continued the case to December 6, 2005 for status. At the December 6th appearance, the case was continued to December 20, 2005 for status. On December 20, 2005, the case was continued to January 3, 2006 for trial setting. On January 3, 2006, the case was again continued to January 17, 2006 for trial setting.

3. On January 3, 2006, Assistant Federal Public Defender Elizabeth Falk, standing in for assigned Assistant Federal Public Defender David W. Fermino, who represents the defendant, requested an exclusion of time from January 3, 2006 to January 17, 2006, based on effective preparation and continuity of counsel. The parties moved that this same time period be excluded from the calculation of time under the Speedy Trial Act.

4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

5. For the reasons stated, the time period from January 3, 2006 to January 17, 2006 shall be excluded from the calculation of time under the Speedy Trial Act.

IT IS SO STIPULATED.

DATED: January 11, 2006

Respectfully Submitted,

/S/
NAHLA RAJAN
Special Assistant United States Attorney

DATED: January 12, 2006

/S/
DAVID W. FERMINO
Counsel for Alfredo Gutierrez-Salazar

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 23,2006

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Vaughn R Walker

HONORABLE VAUGHN R. WALKER
United States District Judge