| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | SHAWN HALBERT |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for Defendant GUTIERREZ-SALAZAR |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-0694-01 VRW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ |
| | ) | ORDER CONTINUING SENTENCING |
| v. | ) | |
| ALFREDO GUTIERREZ-SALAZAR, | ) | Date: August 8, 2006 |
| | ) | Time: 10:30 a.m. |
| | ) | Court: Honorable Vaughn R. Walker |
| Defendant. | ) | |

The undersigned parties stipulate as follows:

1. Sentencing in this matter is currently set for August 8, 2006 at 10:30 a.m.

2. Mr. Gutierrez has been represented by the Office of the Federal Public Defender. The case was very recently reassigned within the office to undersigned counsel. New counsel needs an additional week prior to sentencing in which to meet with Mr. Gutierrez to review the draft presentence investigation report and to prepare for sentencing.

3. Assistant United States Attorney Nahla Rajan and United States Probation Officer Ann

///

///

STIPULATION CONTINUING SENTENCING
No. CR 05-0694-01 VRW

1  Searles have no objection to this request and are available on August 15, 2006.
2  IT IS SO STIPULATED
3
4  Date: July 26, 2006                              /S/
5                                            SHAWN HALBERT
                                              Assistant Federal Public Defender
6
7  Date: July 31 , 2006                            /S/
                                              NAHLA RAJAN
8                                             Assistant United States Attorney
9
10
11 I hereby attest that I hav3e on file all holograph signatures for any signatures indicated by a
12 "conformed" signature (/S/) within this e-filed document.
13
14                                ORDER
15  For GOOD CAUSE SHOWN, it is hereby ORDERED that the sentencing hearing, previously
16 set by this Court for August 8, 2006 shall be continued to August 15, 2006, at 10:30 a.m.
17
18
19 Date:   August 2, 2006
                                              _____
20                                            THE HONORABLE VAUGHN WALKER
                                              UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26

STIPULATION CONTINUING SENTENCING
No. CR 05-0694-01 VRW

2